NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SIMPLEAIR, INC.,**
*Plaintiff - Appellee*

v.

**SONY ERICSSON MOBILE COMMUNICATIONS AB,**
*Defendant*

**GOOGLE INC.,**
*Defendant - Appellant*

----------------------------------------------------------------

**SIMPLEAIR, INC.,**
*Plaintiff - Appellee*

v.

**GOOGLE INC.,**
*Defendant - Appellant*

**MOTOROLA MOBILITY LLC, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., MICROSOFT CORPORATION,**

*Defendants*

---

15-1251

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:11-cv-00416-JRG Judge J. Rodney Gilstrap

---

ON MOTION

Per Curiam.

O R D E R

Upon consideration of the Appellant, Google Inc. unopposed motion to withdraw attorney Bill Trac,

IT IS ORDERED THAT:

The motion is granted. Attorney Bill Trac has been removed from the appeal.

FOR THE COURT

October 13, 2015            /s/ Daniel E. O'Toole
                            Daniel E. O'Toole
                            Clerk of Court